# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Holwell, Richard J | USDC/SDNY | 06/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
|  | 5b. ☐ Amended Report |  |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Pearl St.<br>Chambers 1950<br>New York, New York 10007-1312 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Van Duyn Associates (SEE SECTION VIII, Paragraph 1) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | PLEASE SEE SECTION VIII, Paragraph 2. |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 15 A 10: 53 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J | 06/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | White & Case LLP (post-retirement payments fixed at time of retirement on November 1, 2003). | $ 316,180 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed architect |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J | 06/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Van Duyn Assoc., NY, NY | D | Rent | P1 | W | | | | | |
| 2. Bell South | A | Dividend | J | T | | | | | |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. - Fidelity S&P 500 | B | Dividend | M | T | | | | | |
| 5. - Fidelity Contrafund | B | Dividend | M | T | | | | | |
| 6. - Fidelity Lo Pr Stk | C | Dividend | N | T | | | | | |
| 7. - Fidelity Div. Growth | B | Dividend | L | T | | | | | |
| 8. - Brazos Micro Cap | A | Dividend | L | T | | | | | |
| 9. - PIMCO Comm. Real Estate | | | J | T | Sell | 12/27 | M | | |
| 10. - First Eagle Overseas A | B | Dividend | M | T | | | | | |
| 11. - Vanguard Int Tm T/E | D | Dividend | | | Sell | 12/27 | | | |
| 12. - Nuveen NY Mun. Bd. A | E | Interest | O | T | Buy | 12/28 | M | | (See Attachment VIII-A) |
| 13. - US Global Inv Global | | | K | T | Buy | 12/28 | K | | |
| 14. - Davis App. & Inc. | | | M | T | Buy | 12/28 | M | | |
| 15. IRA #1 | | | | | | | | | |
| 16. - ML Pacific Fund | A | Dividend | L | T | | | | | |
| 17. - PIMCO Total Return D | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J | 06/14/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Brandywine | | | M | T | | | | | |
| 19.   - Ariel Appreciation (X) | A | Dividend | M | T | | | | | |
| 20.   - PIMCO Comm. Real | C | Dividend | J | T | Sell | 12/27 | M | | |
| 21.   - PIMCO Total Ret D | D | Dividend | M | T | | | | | |
| 22.   - PIMCO Total Ret. Inst | D | Dividend | M | T | | | | | (See Attachment VIII-A) |
| 23.   - First Eagle Overseas | C | Dividend | L | T | | | | | |
| 24.   - Am. Beacon Lg CVL | A | Dividend | L | T | | | | | |
| 25.   - Dodge & Cox Int'l Stk | A | Dividend | L | T | | | | | |
| 26.   - RS Global Net Res | A | Dividend | L | T | | | | | |
| 27.   -Managers Bond | | | M | T | Buy | 12/28 | M | | |
| 28.   -US Global Inv. Global | | | J | T | Buy | 12/28 | J | | |
| 29.   IRA #2 | | | | | | | | | |
| 30.   - First Eagle Overseas A | B | Dividend | K | T | | | | | |
| 31.   -American Beacon Lg C Vl | A | Dividend | J | T | Buy | 11/21 | J | | |
| 32.   - MetroWest Total Ret | A | Dividend | J | T | Buy | 11/21 | J | | |
| 33.   IRA #3 | | | | | | | | | |
| 34.   - Fidelity Blue Chip | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Annuity | | | | | | | | | |
| 36. - Fidelity Contrafund | | | L | T | | | | | (See Attachment VIII-A) |
| 37. - Fidelity Adv. Gr. Opp. 1 (formerly Fidelity Growth Opps.) | | | M | T | | | | | (See Attachment VIII-A) |
| 38. White & Case RIP Pension | | | | | | | | | (See Attachment VIII-A) |
| 39. White & Case 401(K) | | | | | | | | | (See Attachment VIII-A) |
| 40. - TCW Galileo Sel | | | | | Sell | 10/18 | N | | (See Attachment VIII-A) |
| 41. - Turner Midcap Gr. | | | M | T | | | | | (See Attachment VIII-A) |
| 42. - Axiom Int'l Inv. | | | O | T | | | | | (See Attachment VIII-A) |
| 43. - SSGA Passive | | | | | Sell | 10/18 | N | | (See Attachment VIII-A) |
| 44. - Royce Lo Pr Stk | | | | | Sell | 10/18 | N | | (See Attachment VIII-A) |
| 45. - Davis NY Venture-A | | | | | Sell | 10/18 | N | | (See Attachment VIII-A) |
| 46. - Davis NY Venture | | | O | T | Buy | 10/19 | O | | |
| 47. - John Hancock Classic Value 1 | | | N | T | Buy | 10/19 | N | | |
| 48. - Boston Co Small Cap Value | | | N | T | Buy | 10/19 | N | | |
| 49. - PIMCO Total Ret. | | | N | T | Buy | 10/19 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Regarding Section I:

Partner, Van Duyn Associates. Van Duyn Associates is a general partnership formed under New York law pursuant to a restated and amended agreement dated December 21, 1979. ▮▮▮▮own with ▮▮▮▮▮▮50% interest in the partnership which owns the building in which ▮▮▮▮▮▮

2. Regarding Section II:

White & Case Savings and Investment Plan ("SIP"). White & Case is my former law firm. The White & Case SIP was originally established in 1983. It is a qualified 401(K) plan. Subject to certain qualifications, all employees can participate in the plan and may remain in the plan after retirement. Participants are able to select their investments from among a limited list of mutual funds only.

White & Case Retirement Income Plan ("RIP"). White Case is my former law firm. The White & Case RIP is a defined benefit pension originally adopted in 1985 and is limited to certain partners and employees of the Firm. The RIP provides upon retirement an annual benefit which is a percentage of the total compensation earned by a participant during membership in the plan. The contributions to RIP are actuarially determined and are paid by the Firm to a trust fund. I am fully vested in the plan. Participants have no control over the trust fund's investment.

White & Case Partnership Agreement. White & Case is my former law firm. The amended and restated partnership agreement dated August 1, 2000 governs the operation of the Firm. The equity partners of the Firm are parties to the agreement. Upon ceasing to be an equity partner, such partner's capital account is fixed and distributed in monthly payments over a term of six years.

3. Regarding Section VII

PLEASE SEE ATTACHMENT VIII-A.

4. Regarding Section VII, Item No. 12.

My Form A0-10 for 2005 failed to report that shares of Nuveen NY Municipal Bd A were purchased on 3/23/05 and 9/29/05; total value code was "N" and total income code for 2005 was "D."

5. Regarding Section VII, Item No. 22.

My Form A0-10 for 2005 failed to report my holdings in PIMCO Total Ret. Inst.; total value code was "M" and total income code for 2005 was "D."

| Name of Person Reporting | Date of Report |
|---|---|
| Holwell, Richard J | 06/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig                                                                      ate  6/14/07

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

**FORM A0-10**
**ATTACHMENT VIII-A**

Items 35-37.   <u>Fidelity Annuity</u>. Fidelity does not provide any periodic income information on either an aggregate or per-fund basis. The only information provided is periodic valuation. The 1/1/06 valuations of the Fidelity Annuity Contrafund and Fidelity Annuity Adv. Gr. Opp. 1 were ████and ████espectively; the 12/31/06 valuations were████ and ████ respectively.

Item 38.   <u>White & Case Retirement Income Plan ("RIP")</u>. The White & Case RIP is a defined benefit pension originally adopted in 1985 and is limited to certain partners and employees of the Firm. The RIP provides upon retirement an annual benefit, which is a percentage of the total compensation earned by a participant during membership in the plan. The contributions to RIP are actuarially determined and are paid by the Firm to a trust fund. I am fully vested in the plan. Participants have no control over the trust fund's investments. My annual accrued benefit, payable at age 60 (in 2006) is████I do not realize income prior to 2006.

Items 39-49.   <u>White & Case 401(K) Plan</u>. The plan administrator, CitiStreet Retirement Plan, does not provide plan participants with periodic income information on either an aggregate or per-fund basis. The only information provided is the change in valuation over time. This information is provided below:

| FUND | VALUATION 01/01/06 | VALUATION 12/31/06 |
|---|---|---|
| TCW Galileo Sel | ████ | - 0 - |
| Turner Mid Cap Growth | ████ | ████ |
| Axiom Int'l Inv. | ████ | ████ |
| Royce Lo Pr Stk | ████ | - 0 - |
| Davis NY VentureA | ████ | - 0 - |
| SSGA Passive | ████ | - 0 - |
| Davis NY Venture Y | - 0 - | ████ |
| John Hancock Classic Value 1 | - 0 - | ████ |
| Boston Co. Small Cap Value | - 0 - | ████ |
| Pimco Total Ret | - 0 - | ████ |